**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**AMIR HASSAN**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| AMIR HASSAN, | No.   2:16-CV-01190-KJN |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, in consideration of plaintiff's counsel's schedule, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to March 3, 2017.

   This is a first extension but after the due-date under the scheduling order.

[Pleading Title] - 1

Dated: January 25, 2017				/s/     *Jesse S. Kaplan*
						JESSE S. KAPLAN
						Attorney for Plaintiff


						PHILLIP A. TALBERT
						United States Attorney
						DEBORAH LEE STACHEL
						Regional Counsel, Region IX
						Social Security Administration

Dated: January 25, 2017				  */s/ per e-mail authorization*

						SHARON LAHEY
						Special Assistant U.S. Attorney
						Attorney for Defendant


## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to March 3, 2017.

IT IS SO ORDERED.

Dated: January 30, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2