UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR HASSAN,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:16-cv-1190-KJN<br><br><br>ORDER |

On March 3, 2017, plaintiff filed a motion requesting the court to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  (ECF No. 17.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2)  (ECF No. 17) is GRANTED.
2. This action is dismissed with prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  March 7, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1